# Exhibit A

_Lepos Ref_

**Superior Court of the District of Columbia**

Small Claims Form 11

**CIVIL DIVISION**
**SMALL CLAIMS AND CONCILIATION BRANCH**
Bldg. B, 510 4th Street, N.W., RM –120
**WASHINGTON, D.C. 20001    TELEPHONE 879-1120**

General

Marc Steven Barnes

_Plaintiff(s)_

2700 28th St. NW

Washington, DC 20008

_Address_                    _Zip Code_

Phone No. (202)441-8080

(1) Ocwen Loan Servicing, LLC

_Defendant(s)_

vs.    (2) _____

(3) _____

**FILED**

FEB 28 2017

Clerk
Superior Court
of the District of Columbia
Small Claims Branch

No. SC 2017 SC3 001183

### STATEMENT OF CLAIM

I have made numerous inquiries to Ocwen Loan Servicing through TransUnion and Experian (10/13/2013, 09/12/2015, etc.) in the District of Columbia

to dispute inaccurate Ocwen Information on my credit report. It has taken multiple inquiries and years to correct or remove the false data. The negative

false statements should have been removed years ago as the Ocwen accounts in question were included in my Chapter 11 bankruptcy in 2010. I have

been denied credit funding and charged excessive fees and rates. I seek to recoup a minimum of $10,000 from Ocwen for credit denied and fees charged.

DISTRICT OF COLUMBIA, ss:    _Marc Steven Barnes_    being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of
defense.

_Marc Steven Barnes / Marc Steven Barnes_        _2700 28th St, NW_
Plaintiff/Agent (Sign and Print Name)            _Address_
                                                 _Washington, DC 20008_
Title: _____                           City/State/Zip Code
                                                 Phone No.: _(202) 441-8080_

Subscribed and sworn to before me this _24th_ day of _February_, 20 _17_

                                        _Deputy Clerk (Notary Public)_

_____
Attorney for Plaintiff (Sign and Print Name)

Address _____    Zip Code _____
Bar No.: _____    Phone No.: _____

### NOTICE (All parties must notify the court of any address changes.)

c/o
To: (1) Ocwen Loan Servicing, LLC                (2) _____

_Corporation Service Company_ Defendant    _Washington DC_    _Defendant_
_1090 Vermont Ave NW_    _Suite 430_    _20005_
Address        Suite 430    Zip Code    Address        Zip Code
☐ Home    ☑ Business                    ☐ Home    ☐ Business

You are hereby notified that _Marc Steven Barnes_

_____ has made a claim and is requesting judgment

against you in the sum of **ten thousand** _____ dollars ($ **10,000** ),

as shown by the foregoing statement. The court will hold a hearing upon this claim on _____

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS. BRING THIS NOTICE WITH YOU AT ALL TIMES

                                        _Deputy Clerk_
CV-471/AUG. 12                          Small Claims and Conciliation Branch

## INSTRUCTIONS TO DEFENDANTS

IMPORTANT: IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.

EI188629992US

2700 28th St NW
Washington, DC 20008

September 12, 2015

Experian
P.O. Box 4500
Allen, TX 75013

Re: Marc Steven Barnes, DOB▮▮▮▮▮, SS# ▮▮▮▮▮▮▮

To Whom It May Concern:

I have reviewed the following accounts on my Experian credit report and would like
to have the following information corrected:

OCWEN LOANS            4001xxxx          Shows OPEN & BAL $437,088
  • *Please CORRECT this account to reflect a $0 BALANCE and status of CLOSED. It
    was included in my 2010 bankruptcy, which has subsequently been discharged.*

SPECIAL LOAN SVC       100646xxxx        Shows OPEN & BAL $699,522
*Please CORRECT this account to reflect a $0 BALANCE and status of CLOSED. It was
included in my 2010 bankruptcy, which has subsequently been discharged*

Enclosed are a copy of my ID and a utility bill as proof of my identity. I look forward
to receiving a response and updated credit report at your earliest convenience.
Thank you.

Sincerely,

Marc S. Barnes

EH614619926US   *COPY*

2700 28th St NW
Washington, DC 20008

October 13, 2013

Transunion
Consumer Contact Department
P.O. Box 2000
Chester, PA 19022

Re: Marc Steven Barnes, DOB ▉▉▉▉ SS# ▉▉▉▉▉▉▉

To Whom It May Concern:

On September 26, 2013, I submitted the following information from my credit
report for correction and my credit report was updated as shown in blue below:

Ocwen Loan #4001 – bal $437088......ACCT INFO REMOVED
BRCLYSBANKDE (Barclay's Bank) #540681 – bal $13630......ACCT INFO REMOVED
Nordstrom #8204 – bal $3507...... ACCT INFO REMOVED
HSBC / NEIMN #45886 – bal $63037......BALANCE SHOWS $0
MB FIN SVCS #101553 – bal $148291...... BALANCE SHOWS $0
AHM #10438 – should show CLOSED...... ACCT INFO REMOVED

As such, my debt was reduced by $665,553. Given my yearly income of $350,000+,
my credit score should have improved significantly with the removal of the
information. Instead it was lowered. I demand an immediate correction and raising
of my credit score or I will need to pursue further legal action; as Transunion
continues to disregard its obligation to reflect current, accurate credit information
in my file. I look forward to an expeditious response and update to my credit report.
Thank you.

Sincerely,

Marc S. Barnes

EK788122270US

2700 28th St NW
Washington, DC 20008

June 17, 2016

Experian
P.O. Box 9701
Allen, TX 75013

Re: Marc Steven Barnes, DOB ███████, SS# ██████████

To Whom It May Concern:

I have reviewed the following accounts on my Experian credit report and would like
to have the following information corrected:

Bank of America                  9xxx                    Shows as CHARGE-OFF
  - *Please CORRECT this account to reflect a payment status that it was **included
    in my Chapter 11 bankruptcy in 2010***

Bank of America                  8x                      Shows as CHARGE-OFF
  - *Please CORRECT this account to reflect a payment status that it was **included
    in my Chapter 11 bankruptcy in 2010***

Chase Card                       54660420xxxx            Shows as CHARGE-OFF
  - *Please CORRECT this account to reflect a payment status that it was **included
    in my Chapter 11 bankruptcy in 2010***

Ocwen Loan Servicing             35937xxxx               Shows as ACCOUNT
TRANSFERRED TO ANOTHER
  - *Please CORRECT this account to reflect a payment status that it was **included
    in my Chapter 11 bankruptcy in 2010***

Enclosed are a copy of my ID and a utility bill as proof of my identity. I look forward
to receiving a response and updated credit report at your earliest convenience.
Thank you.

Sincerely,


Marc S. Barnes

**Exhibit B**



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET

marc Steven Barnes

Plaintiff

vs

Case No: 2017 SC3 000183

Ocwen Loan Servicing, LLC

Defendant

Date: February 28, 2017

---

Name: (please print)  marc Steven Barnes

Relationship to Lawsuit

☐ Attorney for Plaintiff

Firm Name, if applicable

(202) 441-8080

☑ Self (Pro Se)

Telephone No:    6 Digit Unified Bar No. ☐ Other:

Do you need an interpreter for your case? ☐ Yes ☑ No If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1 -$500    ☐ $500.01 - $2,500    ☑ $2,500.01 - $10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No:    Case No:

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

| | | |
|---|---|---|
| ☐ Debt Suit | ☐ Breach of Warranty | ☐ Negotiable Instrument |
| ☐ Personal Property | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☐ Breach of Contract | ☐ Home Improvement Contract | ☐ Oral |

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

| | | |
|---|---|---|
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another

| | | |
|---|---|---|
| ☐ Assault and Battery | ☐ False Witness | ☐ Libel and Slander |
| ☐ Automobile | ☐ Personal Injury | ☑ Negligence |
| ☐ Harassment | ☐ Fraudulent Misrepresentation | ☐ Slip and Fall |

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No

CV-3046/Rev. Feb. 08

**Exhibit C**

# Superior Court of the District of Columbia

## CIVIL DIVISION

## PRAECIPE

☐ CIVIL ACTION - Rm 5000

☐ LANDLORD AND TENANT - Building B, Rm 110

☑ SMALL CLAIMS - Building B, Rm 120

The _28th_ Day of _February, 2017_

**FILED**

FEB 2 8 2017

Clerk
Superior Court
of the District of Columbia
Small Claims Branch

_Marc Steven Barnes_
**Plaintiff**

_Ocwen Loan Servicing, LLC_
**Defendant**

_2017 SC3 001183_
**Case Number**

The Clerk of said Court will _Marc Steven Barnes is_
_requesting a jury trial for all claims._

| Attorney   for   Defendant | Attorney   for   Plaintiff  _Marc Steven Barnes_ |
|---|---|
| | _Marc Steven Barnes_ |
| Address | Address |
| | _2700 28th St NW_ |
| | _Washington DC 20008_ |
| Phone  No.          Bar  No. | Phone  No.          Bar  No. |
| | _(202) 441-8080_ |

Form CV-358 Jan 2011

Replaces all previous editions of CV-358 which may be used.

1-0433 wd-356

**Exhibit D**

D.C. Courts Home

## Court Cases Online

Case Search for Person: BARNES, MARC

Search retrieved 114 cases in less than a second.

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view search criteria**

**Click here to view search results**

**Click here to view case summary**

### 2017 SC3 001183: BARNES, MARC STEVEN Vs. OCWEN LOAN SERVICING, LLC

| | |
|---|---|
| Case Type: Jury Demand (Small Claims) | File Date: 02/28/2017 |
| Status: Open | Status Date: 02/28/2017 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| BARNES, MARC STEVEN | | Plaintiff | PRO SE |
| OCWEN LOAN SERVICING, LLC | CORPORATION SERVICE COMPANY | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 06/09/2017 | 09:30 AM | Initial Scheduling Conference |

| Docket Date | Description | Messages |
|---|---|---|
| 03/20/2017 | Affidavit Forwarded for Review | Affidavit Forwarded for Review - J. Blake signature. Jardian Blake printed name. Delivered on 03/15/2017 |
| 03/20/2017 | Statement of Claim/Certified Mail Receipt of Service Filed | Statement of Claim/Certified Mail Receipt of Service Filed OCWEN LOAN SERVICING, LLC (Defendant); |
| 03/16/2017 | Event Scheduled: | Event Scheduled: Event: Initial Scheduling Conference Date: 06/09/2017 Time: 9:30 am Judge: EDELMAN, TODD E Location: Courtroom 212 |
| 03/16/2017 | Notice Mailed to Party (ies) | Notice Mailed to Party (ies) Notice of Hearing [SC] Sent on: 03/16/2017 09:53:35.23 |
| 03/16/2017 | Jury Demand - Case Transferred to Civil II Judge | Jury Demand - Case Transferred to Civil II Judge The judge was changed from BRENNEMAN, DIANE M to EDELMAN, TODD E |
| 02/28/2017 | Jury Demand | Jury Demand MARC STEVEN BARNES (Plaintiff); Receipt: 117596 Date: 03/13/2017 |
| 02/28/2017 | Service of Statement of Claim by Certified Mail Issued | Service of Statement of Claim by Certified Mail Issued MARC STEVEN BARNES (Plaintiff); Receipt: 117596 Date: 03/13/2017 |
| 02/28/2017 | Complaint for Personal Tort Filed | Complaint for Personal Tort Filed MARC STEVEN BARNES (Plaintiff); Receipt: 117596 Date: 03/13/2017 |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 117596 | 03/13/2017 | BARNES, MARC STEVEN | Cc | $126.74 | Cost | $126.74 | $126.74 |