# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARC STEVEN BARNES** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OCWEN LOAN SERVICING, LLC** )<br>)<br>)<br>Defendant. ) | Civil Action No.: 1:17-cv-649-JEB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned, hereby stipulate that all alleged claims of plaintiff, Marc Steven Barnes, herein against defendant, Ocwen Loan Servicing, LLC, be dismissed in their entirety with prejudice, each party to bear its own costs.

Seen and Agreed:                                                      Seen and Agreed:

By: /s/ Simran Rahi                                                   By: /s/ Marc Steven Barnes
Simran Rahi (DC Bar No.: 1024606)                     Marc Barnes
Stradley Ronon Stevens & Young, LLP                2700 28th Street, NW
1250 Connecticut Ave., N.W., Suite 500              Washington, DC 20008
Washington, D.C. 20036                                        Tel.: 202-441-8080
Tel.: (202) 507-5156                                                marcbarnes8080@yahoo.com
Fax: (202) 822-0140                                                *Pro se Plaintiff*
srahi@stradley.com
*Counsel for Defendant,*
*Ocwen Loan Servicing, LLC*

Dated: 9/6/17